TXED PS E-FILE/NTC (12/1/2025)

**Invitation to a TXED Non-Prisoner Pro Se Party to Electronic Filing / Electronic Notice**

After initially filing a document in paper, you may become a **Filing User** and file electronically (e-file); see instructions on page 2. Even if you do not want to e-file, you may elect to **receive electronic notices** of filings in your case:

**IF YOU ALREADY HAVE E-FILING PRIVILEGES IN ANY CASE IN THIS DISTRICT:**

Submit this form with any new complaint – or any time thereafter – so the clerk can tie your PACER account to your new case and ensure the case is set to permit e-filing and send electronic notices.

Provide the style of the new case and the number of any case in which you already e-file (an "accessible" case) since it will help us link the correct party record for you to your new case:

______________________________________________

You must also sign the form at the bottom.

**IF YOU WISH TO CONSENT TO RECEIVE ELECTRONIC NOTICE (and you do not have e-filing privileges in this district yet, or you do not want to e-file):**

When you file your first document in paper in a case, or any time thereafter, you may consent to receive electronic notices by reviewing the consent language below, signing the form in ink, and returning it to the clerk:

*I consent to receive CM/ECF's Notice of Electronic Filing (NEF) via email for service of public orders and judgments (and service of restricted orders/judgments via email of a password-protected PDF) under Fed. R. Civ. P. 77(d) in all cases in which I am a party. I waive service by other means of other public documents under Fed. R. Civ. P. 5(b)(2) unless electronic service is not allowed under the rules. If my contact information changes, I will file a notice in my case and update my contact information in my PACER e-Filing account.*

*I acknowledge that when I receive a NEF with a link to a document I am authorized to view, I must download it within 15 days and immediately save it – "the one (1) free look." If I fail to do so, I may ask the clerk to regenerate notice, creating a new "free look" period; otherwise, I will be charged PACER's per-page rate to view the document should I exceed their quarterly threshold for free views. If the frequency with which I request NEF regeneration negatively impacts the clerk's ability to provide timely service to other customers, the clerk may terminate my electronic notice and notify all parties so that service by another means under Fed. R. Civ. P. 5(b)(2) may resume. For the same reason, if I wish to withdraw my consent to receive electronic service, I will file a notice in my case.*

List the style of any new case (and/or the case number of any existing case for which you want electronic notice):

______________________________________________

You must also sign the form in ink below.

My signature below confirms my request to link my Filing User account or consent to receive electronic notice:

**Name:** Jimmy Wilson **Email:** wilsonjimmy58@Yahoo.com

**Signature:** [signature] **Date:** 8-4-2026