**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JIMMY WAYNE WILSON** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:26-cv-373-KNM** |
| | § | |
| **BROOKSHIRE GROCERY COMPANY** | § | |
| | § | |

**ORDER**

Before the Court is Plaintiff's *pro se* motion to extend time to respond to Defendant's first motion to dismiss. ECF 16. After Plaintiff filed an amended complaint, Defendant filed a second motion to dismiss. ECF 18. The amended complaint supersedes the original complaint and renders it a legal nullity. *Ultravision Technologies, LLC v. Eaton Corporation PLC*, 2019 WL 11250161, at *1 (E.D.Tex. Nov. 8, 2019) (citing *La. Fiber Corp. v. Fireman's Fund Ins. Co.*, 105 F.3d 655 (5th Cir. 1996). As a result, the filing of the amended complaint moots the earlier motion to dismiss directed at the original complaint "because no relief can be granted based upon the original complaint" and it should be terminated as moot. *Id*. Similarly, the motion for extension of time to respond to the first motion to dismiss is moot. It is accordingly

**ORDERED** that the Clerk shall terminate the first motion to dismiss (ECF11) as moot. It is further

**ORDERED** that Plaintiff's motion for extension of time to respond to the first motion to dismiss (ECF 16) is **DENIED** as moot.

So ORDERED and SIGNED this 5th day of October, 2026.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE