**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JIMMY WAYNE WILSON** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:26-cv-373-KNM** |
| | § | |
| **BROOKSHIRE GROCERY COMPANY** | § | |
| | § | |

**ORDER**

Before the Court is Plaintiff's Proposed Second Amended Complaint (ECF 22). Pursuant to FED. R. CIV. P. 15(a)(1), a party may amend once as a matter of course within 21 days of serving the original complaint or within 21 days of receiving a motion to dismiss. All other amendments require the opposing party's written consent or leave of court. FED. R. CIV. P. 15(a)(2). Plaintiff did not seek leave of court to file a second amended complaint and has not shown that he received written consent from the opposing party. It is accordingly

**ORDERED** that the Proposed Second Amended Complaint (ECF 22) is **STRICKEN** as improperly filed.

So ORDERED and SIGNED this 18th day of November, 2026.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE