**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

**JIMMY WAYNE WILSON, §**

**Plaintiff, §**

**§**

**v. § CIVIL ACTION NO. 6:26-CV-00373-KNM**

**§**

**BROOKSHIRE GROCERY COMPANY §**

**d/b/a FRESH BY BROOKSHIRE'S, §**

**Defendant. §**

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. Having considered the motion, the proposed Second Amended Complaint attached as Exhibit A, the record, and the applicable law, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the Second Amended Complaint attached as Exhibit A to the motion is accepted for filing and shall be the operative complaint in this action.

IT IS FURTHER ORDERED that Defendant shall respond to the Second Amended Complaint within the time allowed by the Federal Rules of Civil Procedure or as otherwise ordered by the Court.